**M. H. Barsness, appellee, v. Hotel La Salle Company, appellant. Gen. No. 27,123.**

Action to recover the value of a suit case lost while being transported on a taxicab from defendant hotel to a depot. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922. Rehearing denied November 2, 1922.

Price & Martin, for appellant. B. M. Shaffner, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Central Building & Loan Association, appellee, v. John Golich and Marie Golich, appellants. Gen. No. 27,132.**

Suit to foreclose two trust deeds. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Decree modified and affirmed. Opinion filed October 18, 1922.

Winston & Lowy, for appellants. Petit, Cummings & Colson, for appellee; H. G. Colson, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**O. W. Richardson & Company, appellee, v. Charles S. Thomas, trading as Franklin Desk Company, and J. A. Hall. Charles S. Thomas, appellant. Gen. No. 27,145.**

Action of the fourth class for goods sold to defendants. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922.

George I. Hicks, for appellant. Osborne & Kline, for appellee; Wilson L. Kline, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Vasily Lillosh, appellee, v. Vladimir Braslawsky et al., trading as Russian-American Bureau et al., on appeal of Russian-American Bureau, appellant. Gen. No. 27,172.**

Action for money had and received from plaintiff to be forwarded to his wife in Russia and never received by her. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George J. Cowing, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed October 18, 1922.

Edward T. Noonan, for appellant; Walter F. Cooling, of counsel. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.